1   **VICTOR N. PIPPINS**
California State Bar No.  251953
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3   San Diego, California  92101-5030
Telephone No. (619) 234-8467
4   Email: Victor_Pippins@fd.org

5   Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO. 08MJ1767
                                       )
11              Plaintiff,             )
                                       )
12  v.                                 )    **NOTICE OF APPEARANCE**
                                       )
13  SOLEDAD MARTINEZ-SANDOVAL,         )
                                       )
14              Defendant.             )
                                       )
15  _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19  attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  June 11, 2008                   */s/ Victor N. Pippins*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Victor_Pippins@fd.org
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4       Courtesy Copy to Chambers

5       Copy to Assistant U.S. Attorney via ECF NEF

6       Copy to Defendant

7

8   Dated: June 11, 2008                              /s/ *Victor N. Pippins*
                                                      Federal Defenders of San Diego, Inc.
9                                                     225 Broadway, Suite 900
                                                      San Diego, CA  92101-5030
10                                                    (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
11                                                    Victor_Pippins@fd.org email

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28